UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00214-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | |
| vs. ) | |
| DAVIAN JEROME HERRON, ) | ORDER |
| Defendant. ) | |

THIS MATTER is before the Court *sua sponte* following the issuance of the Court's order in Davian Jerome Herron v. United States, 3:13-cv-48 (Doc. No. 4), filed February 1, 2013. That order was also filed in the instant matter and appears as Document Number 27. In light of the Court's ruling in that order, the Supervised Release Petition is moot and therefore dismissed.

Pursuant to the Court's order (Doc. No. 27; see also Doc. No. 4 in 3:13-cv-48), the Supervised Release Violation Petition (Doc. No. 21) is hereby DISMISSED.

IT IS SO ORDERED.

Signed: February 1, 2013

Frank D. Whitney
United States District Judge